IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-06462-BKT |
| HECTOR PEÑA DE LEON | |
| XXX-XX-7045 | CHAPTER 13 |
| DEBTOR (S) | |

### NOTICE OF APPEARREANCE

TO THE HONORABLE COURT:

NOW COMES, Carmen Ramos Atiles, ("Ramos"), a secured creditor herein through the undersigned counsel, and very respectfully states and prays as follows:

1. The undersigned attorney was retained by Ramos to represent her in the above captioned case.

**WHEREFORE**, Ramos respectfully requests from this Honorable Court to take notice that the undersigned attorney is its legal counsel.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to all participants of the CM/ECF system including the Chapter 13 Trustee, Jose R. Carrión, Esq.; and Debtor's counsel, Roberto Figueroa Carrasquillo, Esq. I also certify a copy of this motion has been served by regular U.S. Mail on this same date to the debtor and his attorney

1

and all creditors and parties in interest to their respective addresses of record as they appear in the master address list to the record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, December 26, 2017.

*S/George A. Mottley*
George A. Mottley, Esq.
USDCPR# 302810
PO BOX 242
Caguas PR 00726
Phone: 787-562-6322
Fax:    787-745-2009
gamottley@gmail.com