## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **HECTOR LUIS PENA DE LEON** | CASE NO: **17-06462-BKT** |
| Debtor(s) | **Chapter 13** |

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$0.00**      Paid Pre-Petition: **$0.00**   Outstanding (Through the Plan): **$0.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$119,136.00**

**Liquidation Value: $332,083.00   Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $332,083.00**

With respect to the (amended) Plan date: **Feb 13, 2018  (Dkt  27)**       **Plan Base: $50,700.00**

**The Trustee:**  ☐ **DOES NOT OBJECT** ☑ **OBJECTS  Plan Confirmation   Gen. Uns. Approx. Dist.: 100 %**

**The Trustee objects to confirmation for the following reasons:**

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor is in arrears for the amount of $850.00 (1 month).

- Still pending Motion requesting entry of order (AMENDED) RE: Modification of Plan Payment Schedule. (docket no. 31)

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

-- Debtor has failed to comply Tax filing requirements. Debtor must amend the 1040PR for the years 2014 and 2016, the document submitted to our system is not stamped (for a second time). Transcripts must be submitted.

*OTHER COMMENTS / OBJECTIONS

Debtor's counsel has failed to submit form 2016 (2030)( for the attorney fees. )

**NOTICE**
**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be

granted unless: (i) the requested relief is forbidden by law, (ii) the requested relief is against public policy, or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Case:17-06462-BKT13 Doc#:33 Filed:03/01/18 Entered:03/01/18 18:52:34 Desc: Main Document Page 2 of 2

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: March 01, 2018

/s/ Juliel Perez, Esq.

Last Docket Verified: 29     Last Claim Verified: 5     CMC: RC