UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF HEARING**

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | HECTOR PENA DE LEON | Case Number: | 17-06462-BKT13 |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time: | 5-3-2018 | Courtroom # | COURTROOM 1 |
| Bankruptcy Judge: | Hon. BRIAN TESTER | | |
| Courtroom Deputy: | maritza feijoo | Reporter/ECR: | lourdes alvarez |

**Matter:**
Confirmation Hearing

**Appearances:** ☐ Debtor    ☐ Creditors/Others:
☐ Debtor's Attorney
☐ Trustee

**Proceedings and ORDER:**

☐ Plan dated _____ (Dkt # ___) ☐ is CONFIRMED (separate order to be entered) ☐ NOT CONFIRMED. LBR 3015-2(i)

☐ Favorable in open Court ☐ Atty.'s Fees: $3,000.00 or Other: $ _____ .

☐ Plan dated _____ (Dkt. # ___) is confirmed, if no objections filed within the ___ day objection period. Clerk to follow-up.

☑ Trustee is allowed _21_ days to recommend plan dated _4·30·18_ (Dkt. # _47_). Clerk to follow-up.

☐ Application for Compensation filed by _____ Dkt # ___ is: ☐ Approved ☐ Denied (separate order to be entered).

☐ Motion filed by _____ (Dkt # ___) is: ☐ Granted ☐ Denied ☐ Withdrawn ☐ Moot.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ☐ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☐ Debtor[s]' request for dismissal is hereby granted.

☑ Confirmation Hearing/Contested Matter is continued to: _8·9·18_ _at 9:00 A.M._
Deadline to Object to Confirmation of the Plan: L.B.R.3015-2(c).

☐ Other:

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge