THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO: 17-06462/BKT |
| HECTOR LUIS PENA DE LEON | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S MOTION REQUESTING ENTRY OF ORDER CONFIRMING
AMENDED PLAN DATED MAY 25, 2018 AND REQUEST TO SET
ASIDE CONFIRMATION HEARING SCHEDULED FOR AUGUST 9, 2018**

**TO THE HONORABLE COURT:**

**NOW COMES, HECTOR LUIS PENA DE LEON**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. On May 25, 2018, the Debtor filed amended Chapter 13 Plan, Docket #51.

2. On June 14, 2018, the Chapter 13 Trustee filed *Recommendation for Confirmation: Recommends the plan,* Docket #52.

3. The Confirmation Hearing in this case was scheduled for May 3, 2018, however, the Order confirming the amended Plan was not entered on said date and the confirmation hearing was rescheduled for August 9, 2018.

4. No objection has been filed, or if filed, has been withdrawn or otherwise disposed of, within fourteen (14) days from the date that the amended Plan was filed.

5. The Debtor respectfully requests to the Court to enter the Order confirming amended Chapter 13 Plan and set aside the contested confirmation hearing scheduled for August 9, 2018, as pursuant to LBR. 3015-2(f).

Page -2-
Case No. 17-06462/BKT 13
Debtor's Motion Requesting Order Confirming Plan

WHEREFORE, the Debtor respectfully requests this Honorable Court grant the present motion and order the confirmation of debtor's proposed amended Plan dated May 25, 2018, Docket #51, and order that the confirmation hearing scheduled for August 9, 2018, be set aside, in the present case.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the Debtor to her address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of June, 2018.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com