IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                            *       CASE NO. 17-06462/BKT13
                                                  *
HECTOR LUIS PENA DE LEON                          *       CHAPTER 13
                                                  *
DEBTOR                                            *
********************************************

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **HECTOR LUIS PENA DE LEON,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On September 18, 2017, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtor, Hector Luis Pena De Leon, respectfully requests a voluntary dismissal of his bankruptcy case. 11 U.S.C. §1307. The Debtor intends to deal with his creditors outside the Bankruptcy Court.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, the petitioner Hector Luis Pena de Leon, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose R. Carrion, Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to: Hector Luis Pena de Leon, PO Box 788, Saint Just, PR 00978, the Debtor in the present case, and to all creditors and parties in interest appearing in the attached master address list.

Page -2-
Motion for Voluntary Dismissal
Case no. 17-06462/BKT13

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 9 day of july ,

2019.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certificamos que hemos leído esta Moción y que la misma ha sido redactada de acuerdo a
nuestras instrucciones, habiendo sido advertido por nuestro abogado de las consecuencias
legales que esto implica. En Caguas, Puerto Rico, hoy ___9___ de __julio__ de 2019.

HECTOR LUIS PENA DE LEON

Label Matrix for local noticing
0104-3
Case 17-06462-BKT13
District of Puerto Rico
Old San Juan
Thu Jun 27 10:14:34 AST 2019

Brksb/cbna
PO Box 6497
Sioux Falls, SD  57117-6497


IRIS IDALIA RAMOS ATILES
Lcdo. GA Mottley-Flores
PO Box 242
Caguas, PR  00726-0242


Juan Ramon Ramos Atiles
PO Box 242
Caguas, PR 00726-0242


World Fin
PO Box 4027
San Juan, PR  00936


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


United States of America on behalf of the In


CARMEN RAMOS ATILES
Lcdo. GA Mottley-Flores
PO Box 242
Caguas, PR  00726-0242


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Medicredit
PO Box 1629
Maryland Heights, MO  63043-0629


HECTOR LUIS PENA DE LEON
PO BOX 788
SAINT JUST, PR 00978-0788


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186


US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964


DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140


JUAN RAMON RAMOS HERNANDEZ
Lcdo. GA Mottley Flores
PO Box 242
Caguas, PR  00726-0242


Orlando Ramos Atiles
PO Box 242
Caguas, PR 00726-0242


JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Carmen Ramos Atiles


End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17